IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Peter Ray,                                          :
                                  Appellant        :
                                                    :
          v.                                        :
                                                    :
Civil Service Commission of Borough of              :
Darby and Borough of Darby                          :         No. 215 C.D. 2015


Peter Ray                                           :
                                                    :
          v.                                        :
                                                    :
Civil Service Commission of Borough of              :
Darby and Borough of Darby                          :
                                                    :
Appeal of:  Borough of Darby                        :         No. 359 C.D. 2015


**O R D E R**

NOW, February 22, 2016, upon consideration of appellee's application for reargument and designated appellant's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge